**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY NGUYEN, | Case No. CV 22-2039-DOC(AS) |
|       Petitioner, | **JUDGMENT** |
| v. | |
| BRIAN CATES, Warden, | |
|       Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: February 27, 2023

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE